The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RING & PINION SERVICE INC., | Civil Action No. C09-0637TSZ |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) |
| EATON CORPORATION, | |
| Defendant. | |

Ring & Pinion Service Inc. hereby gives notice that the above captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

DATED this 22nd day of December 2009.

BLACK LOWE & GRAHAM$^{PLLC}$

s/ Lawrence D. Graham
Lawrence D. Graham, WSBA No. 25,402
  Email: graham@blacklaw.com
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff Ring & Pinion Service Inc.*

NOTICE OF DISMISSAL - 1
Civil Action No. C09-0637TSZ
RRPI-6-1001P16DMS

BLACK LOWE & GRAHAM PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

### CERTIFICATE OF SERVICE

I certify that on December 22, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Hugh F. Bangasser
> Ramona M. Emerson
> Marla M. Goodman
> K&L GATES LLP
> 925 Fourth Ave, Suite 2900
> Seattle, WA 98104
> T: 206.623.7580
> F: 206.623.7022
> Email: hugh.bangasser@klgates.com
> Email: ramona.emerson@klgates.com
> Email: marla.goodman@klgates.com

        s/Sarah Gist

NOTICE OF DISMISSAL - 2
Civil Action No. C09-0637TSZ
RRPI-6-1001P16DMS

BLACK LOWE & GRAHAM PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301